# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Vincent Rose,

Plaintiff(s),

v.

Board of Election Commissioners for the City of Chicago et al.,

Defendant(s).

Case No.  15 C 382
Judge Amy J. St. Eve

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) The Board of Election Commissioners for the City of Chicago, Langdon Neal, Richard Cowen, Marisel Hernandez and The State of Illinois
and against plaintiff(s) Vincent Rose
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on a motion to dismiss and motion for preliminary injunction.

Date:  3/30/2015                                    Thomas G. Bruton, Clerk of Court

                                                    Katie Franc , Deputy Clerk