# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 10, 2016

Before:
    DIANE P. WOOD, Chief Judge
    DANIEL A. MANION, Circuit Judge
    ILANA DIAMOND ROVNER, Circuit Judge

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 15-1931 | VINCENT ROSE,<br>Plaintiff - Appellant<br><br>v.<br><br>BOARD OF ELECTION COMMISSIONERS FOR THE CITY OF CHICAGO, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:15-cv-00382<br>Northern District of Illinois, Eastern Division<br>District Judge Amy J. St. Eve | |

    The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)